**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1702**

REDMOND HOWARD,

        Plaintiff - Appellant,

      v.

SALISBURY UNIVERSITY, Member of the University System of Maryland; KONSTANTINE KYRIACOPOULOS, Associate Professor in the Department of Teacher Education; CHIN-HSIU CHEN, Chair of Department/Assistant Professor of Early Childhood Education; GEORGE OAKLEY; KEVIN BOWES; JOHN PAUL REHO; CARLTON INSLEY,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, District Judge.  (1:17-cv-00260-JKB)

Submitted:  September 28, 2017            Decided:  October 2, 2017

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Redmond Howard, Appellant Pro Se.  Matthew Paul Reinhart, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Redmond Howard appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion and dismissing Howard's civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, although we grant Howard's motion to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Howard v. Salisbury Univ.*, No. 1:17-cv-00260-JKB (D. Md. June 1, 2017). We deny Howard's motions for permission to appeal, to waive a specific defense, to defer action on his previous motion to waive a defense, and to add a defendant. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*